Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **2654 Highway 169, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _5_ _7_ – _1_ _2_ _0_ _5_ _2_ _9_ _7_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2654 North Highway 169**<br>Number    Street | **475 S San Antonio Road**<br>Number    Street |
| | P.O. Box |
| **Coffeyville**        **KS**    **67337**<br>City                State    ZIP Code | **Los Altos**        **CA**    **94022**<br>City                State    ZIP Code |
| **Montgomery**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City                State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7.  Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See  http://www.naics.com/search/

_____  _____  _____  _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.    *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑  No

☐  Yes. District _____  When _____  Case number _____
                                                            MM / DD / YYYY

        District _____  When _____  Case number _____
                                                            MM / DD / YYYY

        District _____  When _____  Case number _____
                                                            MM / DD / YYYY

Debtor __2654 Highway 169, LLC_____ Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____

MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____

MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number     Street

_____

_____

City     State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X:    Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/13/2016__
MM / DD / YYYY

X __/s/ Andrew Lewis_____    __Andrew Lewis_____
Signature of authorized representative of debtor    Printed name

Title __Managing Member_____

**18. Signature of attorney**

X __/s/ David P. Eron_____    Date __04/13/2016____
Signature of Attorney for Debtor    MM / DD / YYYY

__David P. Eron_____
Printed name

__Eron Law, P.A._____
Firm Name

__229 E. William, Suite 100_____
Number          Street

_____

__Wichita_____    __KS____    __67202_____
City    State    ZIP Code

Contact phone __(316) 262-5500_____    Email address __david@eronlaw.net_____

__23429_____    _____
Bar number    State

**Fill in this information to identify the case:**

Debtor name   **2654 Highway 169, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known) _____

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** **Allegiance Premium Finance Company** | **Describe debtor's property that is subject to a lien** **Insurance policy on warehouse** | $57,093.91 | $57,093.91 |

**Creditor's mailing address**
**PO Box 1750**

_____

**Cedar City      UT   84721**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☑ No

☐ Yes.  Specify each creditor, including this
creditor, and its relative priority.

**Describe the lien**
**Insurance / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**      $11,321,834.01

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**

| | | | |
|---|---|---|---|
| Creditor's name **Nancy Clubine** | Describe debtor's property that is subject to a lien | **$493,728.10** | **$18,000,000.00** |

Creditor's mailing address
**Montgomery County Treasurer**

**PO Box 767**

**Former Amazon Warehouse, approx. 900,000 sq ft.**

Describe the lien
**Taxes / Statutory Lien**

**Independence          KS    67301**

Creditor's email address, if known
_____

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is anyone else liable on this claim?
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
- ☐ No
- ☒ Yes. Have you already specified the relative priority?

   - ☒ No. Specify each creditor, including this creditor, and its relative priority.

      **1) Wells Fargo Bank NA; 2) Nancy Clubine.**

   - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.3**

| | | | |
|---|---|---|---|
| Creditor's name **Wells Fargo Bank NA** | Describe debtor's property that is subject to a lien | **$10,771,012.00** | **$18,000,000.00** |

Creditor's mailing address
**Trustee of GE Loan Pass Through**

**101 North Phillips Avenue**

**Former Amazon Warehouse, approx. 900,000 sq ft.**

Describe the lien
**Business Loan / Agreement**

**Sioux Falls          SD    57104**

Creditor's email address, if known
_____

Is the creditor an insider or related party?
- ☒ No
- ☐ Yes

Date debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

Is anyone else liable on this claim?
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
- ☐ No
- ☒ Yes. Have you already specified the relative priority?

   - ☐ No. Specify each creditor, including this creditor, and its relative priority.

   - ☒ Yes. The relative priority of creditors is specified on lines **2.2**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **General Electric Capital** | | | Line **2.3** | ___ ___ ___ ___ |
| **Business Asset Funding Corp** | | | | |
| **PO Box C 97550** | | | | |
| | | | | |
| **Bellevue** | **WA** | **98009** | | |
| | | | | |
| **Wells Fargo Bank NA as Trustee** | | | Line **2.3** | ___ ___ ___ ___ |
| **Registered Holders of GE Business** | | | | |
| **CO GE Commercial Finance Business** | | | | |
| **6464 185th Avenue NE** | | | | |
| **Redmond** | **WA** | **98052-5048** | | |
| | | | | |
| **William H Henderson** | | | Line **2.3** | ___ ___ ___ ___ |
| **Kutak Rock** | | | | |
| **Two Pershing Square** | | | | |
| **2300 Main Street Suite 800** | | | | |
| **Kansas City** | **MO** | **64108-2416** | | |

**Fill in this information to identify the case:**

Debtor    __2654 Highway 169, LLC__

United States Bankruptcy Court for the: __DISTRICT OF KANSAS__

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                                 **Total claim**         **Priority amount**

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1**  **Nonpriority creditor's name and mailing address**

__AT&T__

__PO Box 10330__

_____

__Fort Wayne__          __IN__      __46851-0330__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

**Is the claim subject to offset?**
☒ No
☐ Yes

**$100.00**

---

**3.2**  **Nonpriority creditor's name and mailing address**

__Atmos Energy__

__PO Box 790311__

_____

__St Louis__          __MO__      __63101__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

**Is the claim subject to offset?**
☒ No
☐ Yes

**$4,000.00**

---

**3.3**  **Nonpriority creditor's name and mailing address**

__City of Coffeyville__

__PO Box 1629__

_____

__Coffeyville__          __KS__      __67337-0949__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utilities__

**Is the claim subject to offset?**
☒ No
☐ Yes

**$6,235.23**

---

**3.4**  **Nonpriority creditor's name and mailing address**

__CT Service Team 5__

__1021 Main Street__

__Suite 1150__

__Houston__          __TX__      __77002__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Professional Goods and Services__

**Is the claim subject to offset?**
☒ No
☐ Yes

**$113.32**

---

Debtor **2654 Highway 169, LLC**                    Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 |

**Shelton Construction**

**2101 Jackson Road**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Edna**                    KS    67342

Basis for the claim:
**Professional Goods and Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**Property Manager**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.50 |

**Sherwood Harper**

**833 N Waco Suite 100**

**PO Box 830**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wichita**                    KS    67201

Basis for the claim:
**Legal Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3

Debtor   **2654 Highway 169, LLC**                          Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

<table>
<tr><td></td><td></td><td align="right">**Total of claim amounts**</td></tr>
<tr><td>5a.</td><td>**Total claims from Part 1**</td><td>5a.</td><td align="right">**$0.00**</td></tr>
<tr><td>5b.</td><td>**Total claims from Part 2**</td><td>5b. **+**</td><td align="right">**$11,416.05**</td></tr>
<tr><td>5c.</td><td>**Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c.</td><td>5c.</td><td align="right">**$11,416.05**</td></tr>
</table>

**Fill in this information to identify the case:**

Debtor name    **2654 Highway 169, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known) _____    Chapter    **11**

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name    **2654 Highway 169, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

### Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

**1.  Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Andrew A Lewis as Trustee** | **Rebecca A Lewis Emily F Lewis and**<br>Number    Street<br>**Margaret C Lewis Minors Trust**<br><br>**Los Altos**    **CA**    **94022**<br>City    State  ZIP Code | **Nancy Clubine** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 **Andrew A Lewis as Trustee** | **Rebecca A Lewis Emily F Lewis and**<br>Number    Street<br>**Margaret C Lewis Minors Trust**<br><br>**Los Altos**    **CA**    **94022**<br>City    State  ZIP Code | **Wells Fargo Bank NA** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Cynthia Harlow and Richard Fulton** | **Harlow-Fulton Family Trust**<br>Number    Street<br>**475 S San Antonio Road**<br><br>**Los Altos**    **CA**    **94022**<br>City    State  ZIP Code | **Nancy Clubine** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 **Cynthia Harlow and Richard Fulton** | **Harlow-Fulton Family Trust**<br>Number    Street<br>**475 S San Antonio Road**<br><br>**Los Altos**    **CA**    **94022**<br>City    State  ZIP Code | **Wells Fargo Bank NA** | ☑ D<br>☐ E/F<br>☐ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐   Amended Schedule _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/13/2016**      **X /s/ Andrew Lewis** _____
        MM / DD / YYYY        Signature of individual signing on behalf of debtor

                             **Andrew Lewis**
                             Printed name

                             **Managing Member**
                             Position or relationship to debtor

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

In re **2654 Highway 169, LLC**

Case No. _____

Chapter **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................... **$15,000.00**

Prior to the filing of this statement I have received....................................................... **$15,000.00**

Balance Due................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**The fees paid represent the retainer amount. Only a portion of the fees paid were used prior to filing the case, including $1717 for the filing fee. Fees are charged at the hourly rate of $300/hr. and are subject to the terms and conditions contained in the retainer agreement, which is available upon request.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **04/13/2016** | **/s/ David P. Eron** |
| *Date* | *David P. Eron*                          Bar No.  23429 |
| | Eron Law, P.A. |
| | 229 E. William, Suite 100 |
| | Wichita, KS 67202 |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 |

---

**/s/ Andrew Lewis**

*Andrew Lewis*
*Managing Member*

Fill in this information to identify the case:

Debtor name **2654 Highway 169, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City of Coffeyville PO Box 1629 Coffeyville KS 67337-0949 | | Utilities | | | | $6,235.23 |
| 2 | Atmos Energy PO Box 790311 St Louis MO 63101 | | Utilities | Unliquidated | | | $4,000.00 |
| 3 | Shelton Construction 2101 Jackson Road Edna KS 67342 | | Professional Goods and Services | | | | $500.00 |
| 4 | Sherwood Harper 833 N Waco Suite 100 PO Box 830 Wichita KS 67201 | | Legal Services | | | | $467.50 |
| 5 | CT Service Team 5 1021 Main Street Suite 1150 Houston TX 77002 | | Professional Goods and Services | | | | $113.32 |

Case 16-10644    Doc# 1    Filed 04/13/16    Page 17 of 20

| Debtor | **2654 Highway 169, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  AT&T<br>PO Box 10330<br>Fort Wayne, IN 46851-0330 | | Utilities | Unliquidated | | | $100.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:   **2654 Highway 169, LLC**                                    CASE NO

                                                                      CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/13/2016 _____          Signature   **/s/ Andrew Lewis** _____
                                                              **Andrew Lewis**
                                                              **Managing Member**

Date _____          Signature _____

Allegiance Premium Finance Comp
PO Box 1750
Cedar City UT 84721

Sherwood Harper
833 N Waco Suite 100
PO Box 830
Wichita KS 67201

Andrew A Lewis as Trustee
Rebecca A Lewis Emily F Lewis a
Margaret C Lewis Minors Trust
475 S San Antonio Road
Los Altos CA 94022

Wells Fargo Bank NA
Trustee of GE Loan Pass Through
101 North Phillips Avenue
Sioux Falls SD 57104

AT&T
PO Box 10330
Fort Wayne, IN 46851-0330

Wells Fargo Bank NA as Trustee
Registered Holders of GE Busine
CO GE Commercial Finance Busine
6464 185th Avenue NE
Redmond WA 98052-5048

Atmos Energy
PO Box 790311
St Louis MO 63101

William H Henderson
Kutak Rock
Two Pershing Square
2300 Main Street Suite 800
Kansas City MO 64108-2416

City of Coffeyville
PO Box 1629
Coffeyville KS 67337-0949

CT Service Team 5
1021 Main Street
Suite 1150
Houston TX 77002

Cynthia Harlow and Richard Fult
Harlow-Fulton Family Trust
475 S San Antonio Road
Los Altos CA 94022

General Electric Capital
Business Asset Funding Corp
PO Box C 97550
Bellevue WA 98009

Nancy Clubine
Montgomery County Treasurer
PO Box 767
Independence KS 67301

Shelton Construction
2101 Jackson Road
Edna KS 67342