## Fill in this information to identify the case

Debtor name **2654 Highway 169, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) **16-10644**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **First Republic Bank checking account ending 2800** | **Checking account** | __ __ __ __ | $632,818.05 |
| 3.2. **Hearitage Bank of Commerce checking account ending 1060** | **Checking account** | __ __ __ __ | $1,738.58 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $634,556.63

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Case 16-10644    Doc# 28    Filed 05/04/16    Page 1 of 27

**Current value of
debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

$0.00

## Part 3:    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

11.  **Accounts receivable**

11a.  90 days old or less:  _____ $0.00 _____  –  _____ $0.00 _____  = ............. ➔  _____ $0.00 _____
face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:  _____ $0.00 _____  –  _____ $0.00 _____  = ............. ➔  _____ $0.00 _____
face amount              doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$0.00

## Part 4:    Investments

13.  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

## Part 5:    Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.      **$0.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.      **$0.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | 2654 Highway 169, LLC | Case number (if known) | 16-10644 |
|---|---|---|---|
| | Name | | |

<div style="background:black; color:white">

**Part 9: Real property**

</div>

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

55.1.    **2654 N. Highway 169**
**Coffeyville, KS 67337**
**Former Amazon Warehouse, approx.**
**900,000 sq ft.**
**Debtor owns an undivided 76.7942%**
**interest in the property. Property is**
**co-owned with Andrew Lewis as**
**trustee of The Rebecca A. Lewis**
**Minor's Trust, Dated 12/18/90, The**
**Emily F. Lewis Minor's Trust, Dated**
**12/18/90, and The Margaret C. Lewis**
**Minor's Trust, Dated 12/18/90 (each**
**holding an undivided 6% interest) and**
**Richard F. Fulton and Cynthia E.**
**Harlow as trustees of The Harlow-**
**Fulton Family Trust Dated September**
**4, 1990 (holding an undivided**
**5.2058% interest). The property is**
**legally described as follows:**

**Beginning at a point located 2,645.50**
**feet North and 75.00 feet East of the**
**Southwest corner of the SE/4 of**
**Section 7, Township 34 South, Range**
**17 East, Montgomery County,**
**Kansas, thence North along a line**
**parallel to the canter line of said**
**Section 7, a distance of 2,621.75**
**feet, thence East along a line parallel**
**to the north line of the NE/4 of said**
**Section 7 a distance of 1,981.90 feet,**
**thence South a distance of 2,498.50**
**feet, thence West a distance of**
**1,998.00 feet to the point of**
**beginning, all located in Section 7,**
**Township 34 South.**
**Range 17 East, Montgomery County,**
**Kansas.**

**A part of Section 7, Township 34**
**South, Range 17 East of the 6th P.M.,**
**Montgomery County, Kansas,**
**described as follows: Commencing**
**at the SW corner of the SE/4 of said**
**Section, thence on an assumed**
**bearing of N 00°00'00" W along the**
**centerline of said Section 7, a**
**distance of 2,645.50 feet, thence N**
**90°00'00" E a distance of 75.00 feet**
**to the true paint of beginning, thence**
**N 00°00'00" W a distance of 2,621.75**
**feet, thence S 87°11'57" E parallel**
**with the North line of said Section 7,**
**a distance of 1,981.90 feet, thence S**
**00°25'11" E a distance of 2,498.50**
**feet, thence S 89°14'27" W a**
**distance of 1,998.00 feet to the true**
**point of beginning.**    Joint Tenancy    $9,562,462.00  Fair Market Value    $18,000,000.00

55.2. **See above**
**Continued legal description**
**A part of Section 7, Township 34**
**South, Range 17 East of the 6th P.M.,**
**Montgomery County, Kansas,**
**described as follows: Commencing**
**at the SW corner of the SE/4 of said**
**Section 7, thence on an assumed**
**bearing of N 00°00'00" W along the**
**center line of said Section 7 a**
**distance of 2,645.50 feet, thence N**
**90°00'00" E a distance of 66.80 feet**
**to the East right-of-way line of US**
**Highway No. 169 and the true point of**
**beginning, thence continuing N 90°**
**00'00" E a distance of 8.20 feet,**
**thence N 00°00'00" W a distance of**
**2,621.75 feet, thence S 90°00'00" W**
**a distance of 1.90 feet to said East**
**right-of-way line of US Highway No.**
**169, thence S 00°08'13" W along**
**said East right-of-way line a distance**
**of 2,621.76 feet to the point of**
**beginning.**                                 **Joint Tenancy**        **$0.00**                              **$0.00**

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.   **$18,000,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.   **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

Case 16-10644   Doc# 28   Filed 05/04/16   Page 7 of 27

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes.  Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **71.  Notes receivable** | | |
| Description (include name of obligor) | | |
| **72.  Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| **73.  Interests in insurance policies or annuities** | | |
| **Casualty Insurance Policy with Starr Surplus Lines, Chubb Custom Insurance, and General Security Indemnity Company of Arizona.  Total coverage of $70,213,092.  Policy premium of $142,683.** | | **Unknown** |
| **General, Automobile, and Umbrella Liability Policy with Hartford Underwriters, Hartford Fire Insurance, and Hartford Casualty with $8,000,000 total coverage.** | | **$0.00** |
| **74.  Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| **Claim against Amazon for final payments under lease.  Claim is estimated and disputed.  No legal action has been taken.  Value listed is face value.** | | **$200,000.00** |
| Nature of claim | **Claim for lease damages** | |
| Amount requested | **$200,000.00** | |

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.

**$200,000.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $634,556.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................ ➔ | | $18,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $834,556.63 | + 91b. $18,000,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .................................................................... | **$18,834,556.63**

**Fill in this information to identify the case:**

Debtor Name  **2654 Highway 169, LLC**

United States Bankruptcy Court for the:  **DISTRICT OF KANSAS**

Case number (if known):  **16-10644**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

  1a.  **Real property:**
     Copy line 88 from Schedule A/B........................................................................................... | **$18,000,000.00**

  1b.  **Total personal property:**
     Copy line 91A from Schedule A/B......................................................................................... | **$834,556.63**

  1c.  **Total of all property:**
     Copy line 92 from Schedule A/B........................................................................................... | **$18,834,556.63**

## Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.............. | **$11,321,834.01**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  3a.  **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of Schedule E/F................................................. | **$0.00**

  3b.  **Total amount of claims of non-priority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | **+   $11,416.05**

4.  **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................................. | **$11,333,250.06**

**Fill in this information to identify the case and this filing:**

Debtor Name    **2654 Highway 169, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number    **16-10644**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/29/2016**     **X /s/ Andrew Lewis**
        MM / DD / YYYY      Signature of individual signing on behalf of debtor

                             **Andrew Lewis**
                             Printed name
                             **Managing Member**
                             Position or relationship to debtor

## Fill in this information to identify the case:

Debtor name __**2654 Highway 169, LLC**__

United States Bankruptcy Court for the: __**DISTRICT OF KANSAS**__

Case number __**16-10644**__
(if known)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1.    **Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions
and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From __01/01/2016__ | to | Filing date | ☑ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:** | From __01/01/2015__ | to | __12/31/2015__ | ☑ Operating a business<br>☐ Other | **$1,771,873.00** |
| **For the year before that:** | From __01/01/2014__ | to | __12/31/2014__ | ☑ Operating a business<br>☐ Other | **$3,853,354.00** |

2.    **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See SOFA Attachment 1**<br>Creditor's name<br><br>Number    Street<br><br><br>City                State    ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Case 16-10644    Doc# 28    Filed 05/04/16    Page 12 of 27

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See SOFA Attachment 1** | | | **Note that "IGLI" or Investment** |
| | Insider's name | | | **Grade Loans, Inc. is owned and** |
| | | | | **controlled by the officers of the** |
| | Number    Street | | | **Debtor.** |
| | | | | |
| | City         State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.**    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.**    **Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Wells Fargo Bank (Trustee) vs. Andrew A. Lewis et al.** | **Foreclosure--Judgment entered, but no sheriff's sale.** | **Montgomery County District Court** | ☑ Pending |
| | | | Name | |
| | | | **Civil Department** | ☐ On appeal |
| | | | Number    Street | |
| | **Case number** | | | ☐ Concluded |
| | **15-CV-93I** | | | |
| | | | **KS** | |
| | | | City        State    ZIP Code | |

Case 16-10644    Doc# 28    Filed 05/04/16    Page 13 of 27

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Eron Law, P.A.** | | **4/13/16** | **$15,000.00** |

Address

**229 E. William**
Number      Street

**Wichita**                          **KS**      **67202**
City                                State     ZIP Code

**Email or website address**
**www.eronlaw.net**

Who made the payment, if not debtor?

**12.  Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Case 16-10644    Doc# 28    Filed 05/04/16    Page 14 of 27

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.  **See SOFA Attachment 1**

**Address**

_____
Number     Street

_____

_____
City                    State    ZIP Code

**Relationship to debtor**

_____

---

## Part 7:    Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

## Part 8:    Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Case 16-10644    Doc# 28    Filed 05/04/16    Page 15 of 27

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
　　　　☐ No.  Go to Part 10.
　　　　☐ Yes.  Fill in below:

## Part 10:　Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:　Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

**Part 12:**    **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

26. **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Investment Grade Loans, Inc.**<br>Name<br>**475 S. San Antonio Road**<br>Street | From __4/13/14__  To __4/13/16__ |
| **Los Altos**           **CA**     **94022**<br>City                      State    ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

     ☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

     ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.   **Investment Grade Loans, Inc.**
Name
**475 S. San Antonio Road**
Street

| **Los Altos** | **CA** | |
|---|---|---|
| City | State | ZIP Code |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

     ☐ None

**Name and address**

26d.1.   **Investors**
Name
**See list of equity interest holders**
Street

| | | |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

     ☑ No.
     ☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Lewis | 475 S. San Antonio Road Los Altos, CA 94022 | Managing Member/CEO / Owner and Officer | 41.8% |
| Dan Goncharoff | 475 S. San Antonio Road Los Altos, CA 94022 | CFO / None | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

     ☑ No
     ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.  __See SOFA Attachment 1__
    Name

    Street

    City                              State    ZIP Code

**Relationship to debtor**

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/29/2016__
    MM / DD / YYYY

X  __/s/ Andrew Lewis__                                    Printed name  __Andrew Lewis__
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor  __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Case 16-10644    Doc# 28    Filed 05/04/16    Page 19 of 27

SOFA ATTACHMENT NO. 1

# 2654 Highway169, LLC
## General Ledger
### As of April 20, 2016

**02 Heritage Bank #542001900**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Deposit | 04/04/2014 | | | 04/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,038,238.84 |
| Check | 04/15/2014 | ACH | Secretary of State | 2014 Annual LLC Filing 57-1305267 | -SPLIT- | | 50.00 | 50.00 | 1,526,451.60 |
| Check | 04/22/2014 | 2177 | Montgomery Co. Treasur - Prop Tax | Tax ID 2654003177 2013 | Property | | 257,683.32 | -257,683.32 | 1,268,718.28 |
| Check | 04/29/2014 | 2178 | Investment Glade Loans, Inc. | Cust. #175194 / AMKZN - KANSAS | -SPLIT- | | 137,957.97 | -137,957.97 | 1,130,760.31 |
| Deposit | 05/05/2014 | | | 05/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,376,973.07 |
| Check | 05/05/2014 | 2181 | Investment Glade Loans, Inc. | Management Fees April & May 2014 | Management Fees (1-1.5%) | | 7,140.00 | -7,140.00 | 1,369,833.07 |
| Check | 05/13/2014 | 2179 | The Hartford | Account #10576281 | Insurance | | 109,023.61 | -109,023.61 | 1,260,809.46 |
| Check | 05/28/2014 | 2180 | Business Property Lending-LA | Cust. #175194 / AMKZN - KANSAS | -SPLIT- | | 137,957.97 | -137,957.97 | 1,122,851.49 |
| Deposit | 06/03/2014 | | | 06/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,369,064.25 |
| Check | 06/04/2014 | 2182 | CT Corporation | 50016147(6540) | Professional Fees | | 89.44 | 89.44 | 1,369,974.81 |
| Check | 06/20/2014 | 2183 | Business Property Lending-LA | Loan #8702095003 | -SPLIT- | | 9,000.00 | -9,000.00 | 1,369,974.81 |
| Check | 06/27/2014 | 2184 | Business Property Lending-LA | Loan #8702095003 & 0010209,004 | -SPLIT- | | 137,957.97 | -137,957.97 | 1,222,016.84 |
| Check | 06/30/2014 | 2185 | Investment Glade Loans, Inc. | Management Fees June 2014 | Management Fees (1-1.5%) | | 3,570.00 | -3,570.00 | 1,218,446.84 |
| Deposit | 07/02/2014 | | | 07/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,464,659.60 |
| Deposit | 08/04/2014 | | | 08/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,710,872.36 |
| Check | 08/06/2014 | ACH | Kansas Secretary of State | Certificate of Good Standing | Filing Fees | | 10.00 | -10.00 | 1,710,862.36 |
| Check | 08/08/2014 | 2186 | Business Property Lending-LA | Loan #8702095003 & 0010209,004 | -SPLIT- | | 137,957.97 | -137,957.97 | 1,572,904.39 |
| Check | 08/20/2014 | 2187 | Investment Glade Loans, Inc. | Management Fees July-August 2014 | Management Fees (1-1.5%) | | 7,140.00 | -7,140.00 | 1,565,764.39 |
| Check | 08/26/2014 | 2188 | Business Property Lending-LA | Loan #8702095003 & 0010209,004 | -SPLIT- | | 137,957.97 | -137,957.97 | 1,427,806.42 |
| Deposit | 09/03/2014 | | | 09/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,674,019.18 |
| Check | 09/16/2014 | | | E-network | Depost - E-network | 2,483.00 | | 2,483.00 | 1,676,502.18 |
| Check | 09/25/2014 | 2189 | Business Property Lending-LA | Loan #8702095003 & 0010209,004 | -SPLIT- | | 137,957.97 | -137,957.97 | 1,538,544.21 |
| Deposit | 10/02/2014 | | | 10/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,784,756.97 |
| Check | 10/06/2014 | 2190 | Investment Glade Loans, Inc. | Management Fees Sept-Oct 2014 | Management Fees (1-1.5%) | | 7,140.00 | -7,140.00 | 1,777,616.97 |
| Check | 10/29/2014 | 2191 | Business Property Lending-LA | Loan #8702095003 & 0010209,004 | -SPLIT- | | 137,957.97 | -137,957.97 | 1,639,659.00 |
| Deposit | 11/04/2014 | | | 11/2014 | Lease Rental Income | 246,212.76 | | 246,212.76 | 1,885,871.76 |
| | | | | **Tax & Insurance Reimbursement** | | | | | |
| Deposit | 11/19/2014 | | | 12/2014 | -SPLIT- | 605,819.83 | | 605,819.83 | 2,491,691.59 |
| Deposit | 12/02/2014 | | | 12/2014 | -SPLIT- | 270,039.80 | | 270,039.80 | 2,761,731.39 |
| Check | 12/03/2014 | 2192 | Montgomery Co. Treasur - Prop Tax | Tax ID 2654003177 2014 | Property | | 496,796.22 | -496,796.22 | 2,264,935.17 |
| Check | 12/09/2014 | 2193 | Investment Glade Loans, Inc. | Management Fees Nov-Dec 2014 | Management Fees (1-1.5%) | | 8,828.00 | -8,828.00 | 2,256,109.17 |
| Deposit | 01/02/2015 | | | 01/2015 | Lease Rental Income | 307,765.95 | | 307,765.95 | 2,563,875.12 |
| Check | 02/03/2015 | 2194 | Investment Glade Loans, Inc. | Management Fees Jan/Feb 2015 | Management Fees (1-1.5%) | | 9,231.00 | -9,231.00 | 2,554,644.12 |
| Deposit | 02/19/2015 | | | 02/2015 | Lease Rental Income | 307,765.95 | | 307,765.95 | 2,871,641.07 |
| Check | 02/19/2015 | 2195 | Sherwood, Harper, Dakan, Unruh & Pratt | Legal Retainer | Legal Retainer | | 5,000.00 | -5,000.00 | 2,857,410.07 |
| Check | 03/05/2015 | 2196 | Shelton Construction | Inv#1887 | Outside Manage/Maintenance | | 900.00 | -900.00 | 2,856,510.07 |
| Deposit | 03/10/2015 | | | 03/2015 | Lease Rental Income | 307,765.95 | | 307,765.95 | 3,164,276.02 |
| Check | 04/02/2015 | 2197 | Shelton Construction | Inv#1889 | Outside Manage/Maintenance | | 850.00 | 307,765.95 | 3,472,041.97 |
| Check | 04/15/2015 | 2198 | Kansas Secretary of State | Annual Report 15X303524 | Filing Fees | | 50.00 | -50.00 | 3,471,191.97 |
| Check | 04/21/2015 | EFT | CT Corporation | Inv#50227028500 | Professional Fees | | 89.44 | 89.44 | 3,471,141.97 |
| | | | | **Distribution of Income to Investors** | | | | | |
| Check | 04/28/2015 | EFT | Investment Glade Loans, Inc. | VOID: March & April Mgmt Fee QIE, RGJE, created on 04/ | -SPLIT- | 3,100,000.00 | 3,100,000.00 | -3,100,000.00 | 371,053.53 |
| Check | 04/28/2015 | 2199 | Investment Glade Loans, Inc. | March to May Mgmt Fee | Management Fees (1-1.5%) | 0.00 | | 0.00 | 371,053.53 |
| Check | 04/28/2015 | 2200 | Investment Glade Loans, Inc. | 05/2015 | Management Fees (1-1.5%) | | 13,851.45 | -13,851.45 | 357,201.08 |
| Deposit | 05/04/2015 | | | 05/2015 | Lease Rental Income | 307,765.95 | | 307,765.95 | 664,967.03 |
| Check | 05/04/2015 | 2201 | 2654 Highway 169, LLC | First Republic Bank #1626500 | First Republic Bank #1626500 | | 660,000.00 | 660,000.00 | 4,967.03 |
| Check | 05/22/2015 | 2202 | City of Coffeyville | | -SPLIT- | | 2,000.00 | -2,000.00 | 2,967.03 |
| | | | | **Final Reimb of Tax & Insurance** | | | | | |
| Deposit | 05/26/2015 | | | | -SPLIT- | 23,804.07 | | 23,804.07 | 26,011.10 |
| Check | 06/03/2015 | 2203 | 2654 Highway 169, LLC | First Republic Bank #1626500 | First Republic Bank #1626500 | | 235,000.00 | -235,000.00 | 236,011.10 |
| Check | 06/10/2015 | 2204 | Shelton Construction | Inv#1890 | Outside Manage/Maintenance | | 540.00 | -540.00 | 1,011.10 |
| Check | 06/23/2015 | 2205 | AT&T | ACH820351210688.9 | Phone | | 274.72 | -274.72 | 471.10 |
| Check | 07/03/2015 | 2206 | Alan Amdt | Inv#1891 | Travel | | 1,177.71 | -1,177.71 | 196.38 |
| Check | 07/06/2015 | 2207 | Shelton Construction | Tsht funds | Outside Manage/Maintenance | | 500.00 | -500.00 | -981.33 |
| Deposit | 07/09/2015 | | | A/C's: 42/491-01 & 40/3075-02 | First Republic Bank #1626500 | 5,000.00 | | 5,000.00 | -1,481.33 |
| Check | 07/14/2015 | 2208 | City of Coffeyville | | -SPLIT- | | 12,237.93 | -12,237.93 | -8,719.26 |
| Deposit | 07/15/2015 | | | Tsht funds | First Republic Bank #1626500 | 10,000.00 | | 10,000.00 | 1,280.74 |

2:30 PM
04/27/16
Accrual Basis

# 2654 Highway1169, LLC
## General Ledger
### As of April 20, 2016

| Type | Date | Num | Name | Memo | Ref# | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 457.84 | 457.84 | 457.84 | 1,758.56 |
| Total Q2 Heritage Bank #142201060 | | | | | | | 4,655,370.37 | 5,913,976.63 | -1,278,500.26 | 1,758.56 |
| | | | | | | | | | | 0.00 |
| **First Republic Bank #110800** | | | | | | | | | | |
| Deposit | 10/05/2015 | | | Opening Deposit | | -SPLIT- | 660,000.00 | | 660,000.00 | 660,000.00 |
| Deposit | 06/04/2015 | | | TXFR | | 02 Heritage Bank #542201060 | 235,000.00 | | 235,000.00 | 895,000.00 |
| Check | 07/06/2015 | 100 | 2654 Highway 169, LLC | Cover Monthly Expense | | 02 Heritage Bank #542201060 | | 5,000.00 | -5,000.00 | 890,000.00 |
| Check | 07/15/2015 | 101 | 2654 Highway 169, LLC | Cover Monthly Expense | | 02 Heritage Bank #542201060 | | 10,000.00 | -10,000.00 | 880,000.00 |
| Check | 07/22/2015 | 102 | AT&T | | ACH820 255-2126 668 9 | Phone | | 100.00 | -100.00 | 879,900.00 |
| Check | 07/22/2015 | 103 | TLC Groundskeeping LLC | Inv#6038 | | Landscaping | | 3,140.00 | -3,140.00 | 876,760.00 |
| Check | 08/05/2015 | 104 | Shelton Construction | Inv#1394 | | Outside Manager/Maintenance | | 500.00 | -500.00 | 876,260.00 |
| Check | 08/06/2015 | 105 | Sherwood, Harper, Diakan, Unruh & Priest | Inv#1252 | | -SPLIT- | | 5,461.30 | -5,461.30 | 870,798.70 |
| Check | 08/13/2015 | 106 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 7,911.12 | -7,911.12 | 862,887.58 |
| Check | 08/19/2015 | 107 | AT&T | ACH820 255-2126 668 9 | | Phone | | 102.31 | -102.31 | 862,785.27 |
| Check | 08/26/2015 | 108 | TLC Groundskeeping LLC | Inv#6195 | | Landscaping | | 1,570.00 | -1,570.00 | 861,215.27 |
| Check | 08/26/2015 | 109 | M&C Systems | Inv#1495 | | Alarm System | | 108.00 | -108.00 | 861,107.27 |
| Check | 08/06/2015 | 110 | Shelton Construction | Inv#1395 | | Outside Manager/Maintenance | | 500.00 | -500.00 | 860,607.27 |
| Check | 09/15/2015 | 111 | Jensen Engineering, Inc. | Inv#1315.037/30 | | Professional Fees | | 1,010.00 | -1,010.00 | 859,597.27 |
| Check | 09/15/2015 | 112 | TLC Groundskeeping LLC | Inv#6287 | | Landscaping | | 3,140.00 | -3,140.00 | 856,457.27 |
| Check | 09/17/2015 | 113 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 7,994.38 | -7,994.38 | 848,562.89 |
| Check | 09/21/2015 | 115 | The Hartford | Act #19878031 | | Insurance | | 13,326.06 | -13,326.06 | 835,236.83 |
| Check | 09/22/2015 | 116 | AT&T | ACH820 255-2126 668 9 | | Phone | | 101.29 | -101.29 | 835,135.54 |
| Check | 10/07/2015 | 117 | Howard's Electric, LLC | Inv#33634 | | Building Repairs | | 223.65 | -223.65 | 834,911.89 |
| Check | 10/07/2015 | 118 | Shelton Construction | Inv#1398 | | Outside Manager/Maintenance | | 500.00 | -500.00 | 834,411.89 |
| **Check** | **10/07/2015** | **119** | **Alan Arndt** | **Reimbursement of Travel Expense** | | **Travel** | **1,619.10** | | **-1,619.10** | **832,792.79** |
| Check | 10/13/2015 | 120 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 5,725.05 | -5,725.05 | 827,067.74 |
| Check | 10/15/2015 | 121 | The Hartford | Act #19878031 | | Insurance | | 22,465.35 | -22,465.35 | 804,602.39 |
| Check | 10/16/2015 | 122 | TLC Groundskeeping LLC | Inv#6481 | | Landscaping | | 3,140.00 | -3,140.00 | 801,462.39 |
| Check | 10/23/2015 | 123 | AT&T | ACH820 255-2126 668 9 | | Phone | | 101.34 | -101.34 | 801,361.05 |
| Check | 11/03/2015 | 124 | Shelton Construction | Inv#1397 | | Outside Manager/Maintenance | | 500.00 | -500.00 | 800,861.05 |
| Check | 11/06/2015 | 125 | Sherwood, Harper, Diakan, Unruh & Priest | Inv# 15552 | | Other Payables | | 2,561.00 | -2,561.00 | 798,300.05 |
| Check | 11/13/2015 | 126 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 5,698.42 | -5,698.42 | 792,601.63 |
| Check | 11/16/2015 | 127 | The Hartford | Act #19878031 | | Insurance | | 15,830.95 | -15,830.95 | 776,770.68 |
| Check | 11/22/2015 | 128 | AT&T | ACH820 255-2126 668 9 | | Phone | | 101.36 | -101.36 | 776,669.32 |
| Check | 11/22/2015 | 129 | TLC Groundskeeping LLC | Inv#6484 | | Landscaping | | 1,570.00 | -1,570.00 | 775,099.32 |
| Check | 12/09/2015 | 130 | Shelton Construction | Inv#1398 | | Outside Manager/Maintenance | | 500.00 | -500.00 | 774,599.32 |
| Check | 12/09/2015 | 131 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 4,937.35 | -4,937.35 | 769,661.97 |
| Check | 12/09/2015 | 132 | City of Coffeyville - Fire | AC#11652 | | Professional Fees | | 350.00 | -350.00 | 769,311.97 |
| Check | 12/22/2015 | 133 | The Hartford | Act #19878031 | | Insurance | | 25,782.55 | -25,782.55 | 743,529.42 |
| Check | 12/23/2015 | 134 | AT&T | ACH820 255-2126 668 9 | | Phone | | 101.36 | -101.36 | 743,428.06 |
| Check | 12/23/2015 | 135 | Investment Glade Loans, Inc. | VOID. Inv# 15582 | | Management Fees (1-1.5%) | | 3,495.00 | -3,495.00 | 739,933.06 |
| Check | 01/06/2016 | 136 | Shelton Construction | Inv#1399 | | Professional Fees | | 500.00 | -500.00 | 739,433.06 |
| Check | 01/12/2016 | 137 | Sherwood, Harper, Diakan, Unruh & Priest | Inv# 15582 | | Professional Fees | 0.00 | | 0.00 | 739,433.06 |
| Check | 01/12/2016 | 138 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 5,895.58 | -5,895.58 | 733,537.48 |
| Check | 01/15/2016 | 139 | ATMOS Energy | Account #4014015724 | | Gas | | 1,615.71 | -1,615.71 | 731,921.77 |
| Check | 01/15/2016 | 140 | The Hartford | Act #19878031 | | Insurance | | 25,782.55 | -25,782.55 | 706,139.22 |
| Check | 01/21/2016 | 141 | ATMOS Energy | Account #4014015724 | | Gas | | 8,341.66 | -8,341.66 | 697,797.56 |
| Check | 01/21/2016 | 142 | AT&T | ACH820 255-2126 668 9 | | Phone | | 101.65 | -101.65 | 697,695.91 |
| Check | 02/03/2016 | 143 | Shelton Construction | Inv#1300 | | Outside Manager/Maintenance | | 500.00 | -500.00 | 697,195.91 |
| Check | 02/03/2016 | 145 | Sherwood, Harper, Diakan, Unruh & Priest | Inv# 15582 (#.1694) | | -SPLIT- | | 577.50 | -577.50 | 696,618.41 |
| Check | 02/10/2016 | 146 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 4,710.07 | -4,710.07 | 691,908.34 |
| Check | 02/17/2016 | 147 | Zimmer Real Estate Services, L.C. | 2654 Highway 169, LLC | | Professional Fees | | 1,000.00 | -1,000.00 | 690,908.34 |
| Check | 02/24/2016 | 148 | ATMOS Energy | Account #4014015724 | | Gas | | 10,339.58 | -10,339.58 | 680,568.76 |
| Check | 02/24/2016 | 149 | AT&T | ACH820 255-2126 668 9 | | Phone | | 101.59 | -101.59 | 680,467.17 |
| Check | 03/03/2016 | 150 | M&C Systems | Inv#1542 | | Alarm System | | 108.00 | -108.00 | 680,359.17 |
| Check | 03/08/2016 | 152 | City of Coffeyville | AC's #67481-01 & 407(875-52 | | -SPLIT- | | 4,987.45 | -4,987.45 | 675,371.72 |

# 2654 Highway 1169, LLC
## General Ledger
### As of April 20, 2016

**First Republic Bank #1152600**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 03/09/2016 | 151 | Shelton Construction | Inv#1001 | Outside Manager/Maintenance | | 500.00 | -500.00 | 674,871.72 |
| Check | 03/09/2016 | 153 | Leavitt Pacific Ins. Brokers | VOID; | Insurance | 0.00 | | 0.00 | 674,871.72 |
| Check | 03/14/2016 | 154 | Sherwood, Harper, Diskan, Unruh & Priest | Inv# 15986 | Professional Fees | | 522.50 | -522.50 | 674,349.22 |
| Check | 03/21/2016 | 155 | ATMOS Energy | VOID; Account #4874615724 | Gas | 0.00 | | 0.00 | 674,349.22 |
| Check | 03/22/2016 | 156 | Leavitt Pacific Ins. Brokers | Quote#1006958 | Insurance | | 13,639.00 | -13,639.00 | 660,710.22 |
| Check | 03/24/2016 | 157 | AT&T | ACct#201-2136 668 9 | Phone | | 97.51 | -97.51 | 660,612.71 |
| Check | 04/06/2016 | 158 | Shelton Construction | Inv#1002 | Outside Manager/Maintenance | | 500.00 | -500.00 | 660,112.71 |
| General Journal | 04/06/2016 | JE#14 | Allegiance Premium Finance Company | Ins installment & service fee | Insurance | | 12,294.66 | -12,294.66 | 647,818.05 |
| Check | 04/11/2016 | 159 | CT Corporation | VOID; Inv#50252892900 | Professional Fees | 0.00 | | 0.00 | 647,818.05 |
| Check | 04/13/2016 | WIRE | Eron Law | Retainer | Legal Retainer | | 15,000.00 | -15,000.00 | 632,818.05 |
| **Total First Republic Bank #1152600** | | | | | | **865,000.00** | **262,181.95** | **632,818.05** | **632,818.05** |
|  | | | | | | | | | **0.00** |

**Deposit - E wellbank**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 06/20/2014 | 2193 | Business Property Lending-LA | Legal Deposit for Loan Extension #00100954003 & 0012005 | 02 Heritage Bank #54D001060 | 7,500.00 | | 7,500.00 | 7,500.00 |
| Deposit | 09/16/2014 | 160265306 | E wellbank | Refund of fees no spent | 02 Heritage Bank #54D001060 | | 2,483.00 | -2,483.00 | 5,017.00 |
| General Journal | 09/16/2014 | JE#1 | E wellbank | Loan Refi Legal Fees for Loan Extension | Loan Fees | | 5,017.00 | -5,017.00 | 0.00 |
| **Total Deposit - E wellbank** | | | | | | **7,500.00** | **7,500.00** | **0.00** | **0.00** |

**Legal Retainer**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 02/19/2015 | 2195 | Sherwood, Harper, Diskan, Unruh & Priest | Legal Retainer - E wellbank Loan | 02 Heritage Bank #54D001060 | 5,000.00 | | 5,000.00 | 5,000.00 |
| Check | 03/01/2015 | JE#7 | Sherwood, Harper, Diskan, Unruh & Priest | E wellbank Loan - Legal Services thru 2/28/15 | Professional Fees | | 825.00 | -825.00 | 4,175.00 |
| General Journal | 04/01/2015 | JE#4 | Sherwood, Harper, Diskan, Unruh & Priest | Invoice #15607 - March Services regarding E wellbank | Professional Fees | | 689.50 | -689.50 | 3,485.50 |
| General Journal | 05/01/2015 | JE#6 | Sherwood, Harper, Diskan, Unruh & Priest | Invoice #15636 - Services thru 4/30/15 - Regarding E wellbank | Professional Fees | | 522.50 | -522.50 | 2,963.00 |
| General Journal | 06/04/2015 | JE#8 | Sherwood, Harper, Diskan, Unruh & Priest | Invoice #15679 - Services thru 5/31/15 - Regarding E wellbank | Professional Fees | | 962.50 | -962.50 | 2,000.50 |
| General Journal | 07/02/2015 | JE#8 | Sherwood, Harper, Diskan, Unruh & Priest | Invoice #15719 - Services thru 6/30/15 - Regarding E wellbank | Professional Fees | | 2,000.50 | -2,000.50 | 0.00 |
| Check | 08/06/2015 | 105 | Sherwood, Harper, Diskan, Unruh & Priest | Replenish Retainer | First Republic Bank #1152600 | 3,500.00 | | 3,500.00 | 3,500.00 |
| General Journal | 09/01/2015 | JE#10 | Sherwood, Harper, Diskan, Unruh & Priest | Invoice #15776 - E wellbank Loan-Services thru 8/30/15 | Professional Fees | | 1,595.00 | -1,595.00 | 1,905.00 |
| General Journal | 10/05/2015 | JE#11 | Sherwood, Harper, Diskan, Unruh & Priest | Invoice #15818 - E wellbank Loan-Services thru 9/30/15 | Professional Fees | | 1,347.50 | -1,347.50 | 557.50 |
| General Journal | 11/02/2015 | JE#12 | Sherwood, Harper, Diskan, Unruh & Priest | Invoice #15852 - E wellbank Loan-Services thru 10/31/15 | Professional Fees | | 557.50 | -557.50 | 0.00 |
| Check | 04/13/2016 | WIRE | Eron Law | Bankruptcy Attorney | First Republic Bank #1152600 | 15,000.00 | | 15,000.00 | 15,000.00 |
| **Total Legal Retainer** | | | | | | **23,500.00** | **8,500.00** | **15,000.00** | **15,000.00** |

**Receivables**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/30/2014 | JE#3 | | Expense recording of Receivable | Miscellaneous | | 3.00 | -3.00 | 3.00 |
| **Total Receivables** | | | | | | **0.00** | **3.00** | **-3.00** | **3.00** |

**Other Receivables**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Total Other Receivables** | | | | | | **0.00** | **0.00** | **0.00** | **0.00** |

**Utility Deposits**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 05/22/2015 | 2202 | City of Coffeyville | Electric Deposit Account #2901-1-180 / 2654 Highway 169 | 02 Heritage Bank #54D001060 | 1,000.00 | | 1,000.00 | 1,000.00 |
| Check | 05/22/2015 | 2202 | City of Coffeyville | Water Deposit Account #2901-1-180 / 2654 Highway 169 L | 02 Heritage Bank #54D001060 | 1,000.00 | | 1,000.00 | 2,000.00 |
| Deposit | 10/05/2015 | 86936 | City of Coffeyville | Final Bill Return of Refund | 02 Heritage Bank #54D001060 | | 1,000.00 | -1,000.00 | 1,000.00 |
| **Total Utility Deposits** | | | | | | **2,000.00** | **1,000.00** | **1,000.00** | **1,000.00** |

**Total Building & Equipment** — Balance 13,265,087.00

**Accum. Depreciation** — -9,579,060.00

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/31/2014 | JE#2 | | Depreciation for 2014 | -SPLIT- | | 545,380.00 | -545,380.00 | -10,124,440.00 |
| General Journal | 12/31/2015 | JE#13 | | Depreciation for 2015 | Depreciation Expense | | 545,380.00 | -545,380.00 | -10,688,820.00 |
| **Total Accum. Depreciation** | | | | | | **0.00** | **1,090,760.00** | **-1,090,760.00** | **-10,688,820.00** |

**Building**

**Total Building** — Balance 23,554,147.00

**Total Land Building & Equipment** — Balance 12,834,327.00

**Intangibles**

**Accum. Amortization**

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| General Journal | 12/31/2014 | JE#2 | | Amortization Exp for 2014 | Accum. Depreciation | | 9,145.20 | -9,145.20 | 217,357.20 |

# 2654 Highway 169, LLC
## General Ledger
### As of April 20, 2016

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Total Accum. Amortization | | | | | | | | -9,145.20 | 217,397.20 |
| **Loan Fees** | | | | | | | | | |
| Total Loan Fees | | | | | | | | 217,397.20 | 217,397.20 |
| Total Intangibles | | | | | | | | 0.00 | 0.00 |
| **Mortgage Loan - GE Capital** | | | | | | | | -9,392,525.93 | -4,631,305.46 |
| Loan #12/05-003 | | | | | | | | | |
| Check | 04/29/2014 | 2178 | Business Property LendingLA | #0120/05003 | 02 Heritage Bank #04200/1090 | 60,788.58 | | 60,788.58 | -4,700,516.90 |
| Check | 05/28/2014 | 2180 | Business Property LendingLA | #0120/05003 | 02 Heritage Bank #04200/1090 | 61,142.16 | | 61,142.16 | -4,728,374.74 |
| Check | 06/27/2014 | 2184 | Business Property LendingLA | #0120/05003 | 02 Heritage Bank #04200/1090 | 61,497.81 | | 61,497.81 | -4,667,876.93 |
| Check | 08/06/2014 | 2186 | Business Property LendingLA | #0120/05003 | 02 Heritage Bank #04200/1090 | 61,855.52 | | 61,855.52 | -4,606,021.41 |
| Check | 08/26/2014 | 2188 | Business Property LendingLA | #0120/05003 | 02 Heritage Bank #04200/1090 | 62,215.31 | | 62,215.31 | -4,543,806.10 |
| Check | 09/25/2014 | 2189 | Business Property LendingLA | #0120/05003 | 02 Heritage Bank #04200/1090 | 62,577.20 | | 62,577.20 | -4,481,228.90 |
| Check | 10/28/2014 | 2191 | Business Property LendingLA | #0120/05003 | 02 Heritage Bank #04200/1090 | 62,941.19 | | 62,941.19 | -4,418,287.71 |
| Total Loan #12/05-003 | | | | | | 433,017.77 | 0.00 | 433,017.77 | -4,418,287.71 |
| Loan #12/05-004 | | | | | | | | -2,541,220.45 | -2,518,684.25 |
| Check | 04/29/2014 | 2178 | Business Property LendingLA | #0120/05004 | 02 Heritage Bank #04200/1090 | 22,536.20 | | 22,536.20 | -2,518,684.25 |
| Check | 05/28/2014 | 2180 | Business Property LendingLA | #0120/05004 | 02 Heritage Bank #04200/1090 | 22,667.28 | | 22,667.28 | -2,496,016.97 |
| Check | 06/27/2014 | 2184 | Business Property LendingLA | #0120/05004 | 02 Heritage Bank #04200/1090 | 22,799.13 | | 22,799.13 | -2,473,217.84 |
| Check | 08/06/2014 | 2186 | Business Property LendingLA | #0120/05004 | 02 Heritage Bank #04200/1090 | 22,931.74 | | 22,931.74 | -2,450,286.10 |
| Check | 08/26/2014 | 2188 | Business Property LendingLA | #0120/05004 | 02 Heritage Bank #04200/1090 | 23,065.13 | | 23,065.13 | -2,427,220.97 |
| Check | 09/25/2014 | 2189 | Business Property LendingLA | #0120/05004 | 02 Heritage Bank #04200/1090 | 23,199.29 | | 23,199.29 | -2,404,021.68 |
| Check | 10/28/2014 | 2191 | Business Property LendingLA | #0120/05004 | 02 Heritage Bank #04200/1090 | 23,334.24 | | 23,334.24 | -2,380,687.44 |
| Total Loan #12/05-004 | | | | | | 160,533.01 | 0.00 | 160,533.01 | -2,380,687.44 |
| Total Mortgage Loan - GE Capital | | | | | | 593,550.78 | 0.00 | 593,550.78 | 4,796,975.15 |
| **Equity - Andres Lewis** | | | | | | | | 726,746.18 | 3,183,986.18 |
| Lewis Dstry | | | | | | | | | |
| Check | 04/29/2015 | EFT | Investment Glade Loans, Inc. | April Dstry | 02 Heritage Bank #04200/1090 | 1,553,089.94 | | 1,553,089.94 | 4,737,086.12 |
| Total Lewis Dstry | | | | | | 1,553,089.94 | 0.00 | 1,553,089.94 | 4,737,086.12 |
| Lewis Investments | | | | | | | | | |
| Andres Lewis Trust | | | | | | | | | -2,457,250.00 |
| Check | 04/29/2015 | | Andres Lewis Trust | | | | | | -792,250.00 |
| Total Andres Lewis Trust | | | | | | | | | -792,250.00 |
| EFL Minor Trust | | | | | | | | | -675,000.00 |
| Check | | | EFL Minor Trust | | | | | | -675,000.00 |
| Total EFL Minor Trust | | | | | | | | | -675,000.00 |
| MCL Minor Trust | | | | | | | | | -675,000.00 |
| Check | | | MCL Minor Trust | | | | | | -675,000.00 |
| Total MCL Minor Trust | | | | | | | | | -675,000.00 |
| RAL Minor Trust | | | | | | | | | -675,000.00 |
| Check | | | RAL Minor Trust | | | | | | -675,000.00 |
| Total RAL Minor Trust | | | | | | | | | -675,000.00 |
| Total Lewis Investments | | | | | | | | | -2,457,250.00 |
| Total Equity - Andres Lewis | | | | | | | | | 2,279,846.12 |
| **Investors Dstry** | | | | | | | | 1,942,251.62 | 6,735,001.62 |
| Investor Dstry | | | | | | | | | |
| Check | 04/29/2015 | EFT | Investment Glade Loans, Inc. | April Dstry | 02 Heritage Bank #04200/1090 | 1,546,900.06 | | 1,546,900.06 | 8,281,901.88 |
| Total Investor Dstry | | | | | | 1,546,900.06 | 0.00 | 1,546,900.06 | 8,281,901.88 |

2:39 PM
04/22/16
Accrual Basis

# 2654 Highway 169, LLC
## General Ledger
### As of April 20, 2016

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Investors Investments** | | | | | | | | | |
| Total Investors Investments | | | | | | | | | -4,792,750.00 |
| | | | | | | | | | -4,792,750.00 |
| **Total Investors Equity** | | | | | | 1,546,900.06 | 0.00 | 1,546,900.06 | -3,486,151.86 |
| **Retained Earnings** | | | | | | | | | -6,450,946.11 |
| Closing Entry | 12/31/2014 | | | | | | 1,014,882.91 | -1,014,882.91 | -9,505,841.02 |
| Closing Entry | 12/31/2015 | | | | | | 1,041,182.47 | -1,041,182.47 | -10,547,023.49 |
| **Total Retained Earnings** | | | | | | 0.00 | 2,056,065.38 | -2,056,065.38 | -10,547,023.49 |
| **Alarm System** | | | | | | | | | 0.00 |
| Check | 02/03/2016 | 150 | MAC Systems | alarm monitoring 2/16 - 7/16 | First Republic Bank #162800 | 108.00 | | 108.00 | 108.00 |
| **Total Alarm System** | | | | | | 108.00 | | 108.00 | 108.00 |
| **Bank Service Charges** | | | | | | | | | 0.00 |
| General Journal | 04/06/2016 | JE#4 | Allegiance Fenton/Finance Company | eCheck fee | Insurance | 6.00 | | 6.00 | 6.00 |
| **Total Bank Service Charges** | | | | | | 6.00 | | 6.00 | 6.00 |
| **Insurance** | | | | | | | | | 0.00 |
| Check | 01/15/2016 | 140 | The Hartford | 2015-2016 Fidelity #PLUUNVF7466 & #SPHUUVF4966 - R | First Republic Bank #162800 | 25,782.55 | | 25,782.55 | 25,782.55 |
| Check | 02/09/2016 | 153 | Leavitt Pacific Ins. Brokers | Deposit for Liability & Property Insurance 3/8/16 - 3/8/17 | First Republic Bank #162800 | 0.00 | | 0.00 | 25,782.55 |
| Check | 02/22/2016 | 156 | Leavitt Pacific Ins. Brokers | Deposit for Liability & Property Insurance 3/8/16 - 3/8/17 | First Republic Bank #162800 | 13,639.00 | | 13,639.00 | 39,421.55 |
| General Journal | 04/06/2016 | JE#4 | Allegiance Fenton/Finance Company | Ins. installment | -SPLIT- | 12,288.66 | | 12,288.66 | 51,710.21 |
| **Total Insurance** | | | | | | 51,710.21 | 0.00 | 51,710.21 | 51,710.21 |
| **Field Manager/Maintenance** | | | | | | | | | 0.00 |
| Check | 01/06/2016 | 136 | Shelton Construction | Invt'890 | First Republic Bank #162800 | 500.00 | | 500.00 | 500.00 |
| Check | 02/03/2016 | 143 | Shelton Construction | Invt'900 | First Republic Bank #162800 | 500.00 | | 500.00 | 1,000.00 |
| Check | 02/09/2016 | 151 | Shelton Construction | Invt'901 | First Republic Bank #162800 | 500.00 | | 500.00 | 1,500.00 |
| Check | 04/06/2016 | 158 | Shelton Construction | Invt'902 | First Republic Bank #162800 | 500.00 | | 500.00 | 2,000.00 |
| **Total Field Manager/Maintenance** | | | | | | 2,000.00 | | 2,000.00 | 2,000.00 |
| **Professional Fees** | | | | | | | | | 0.00 |
| **Outside Manager/Maintenance** | | | | | | | | | 0.00 |
| Check | 01/12/2016 | 137 | Sherwood, Harper, Diakan, Unruh & Priet | VOID Invt' 55582 | First Republic Bank #162800 | 0.00 | | 0.00 | 0.00 |
| Check | 02/03/2016 | 145 | Sherwood, Harper, Diakan, Unruh & Priet | #55882 | First Republic Bank #162800 | 495.00 | | 495.00 | 495.00 |
| Check | 02/03/2016 | 146 | Sherwood, Harper, Diakan, Unruh & Priet | #55940 | First Republic Bank #162800 | 82.50 | | 82.50 | 577.50 |
| Check | 02/17/2016 | 147 | Zinner Real Estate Services, L.C. | Marketing Cost for Listings of 2654 Highway 169, LLC | First Republic Bank #162800 | 1,000.00 | | 1,000.00 | 1,577.50 |
| Check | 03/14/2016 | 154 | Sherwood, Harper, Diakan, Unruh & Priet | Invt' 55986 | First Republic Bank #162800 | 522.50 | | 522.50 | 2,100.00 |
| Check | 04/11/2016 | 159 | CT Corporation | VOID Invt'0002826(2/500 | First Republic Bank #162800 | 0.00 | | 0.00 | 2,100.00 |
| **Total Outside Manager/Maintenance** | | | | | | 2,100.00 | | 2,100.00 | 2,100.00 |
| **Total Professional Fees** | | | | | | | | | 0.00 |
| **Utilities** | | | | | | | | | 0.00 |
| **Electric** | | | | | | | | | 0.00 |
| Check | 01/12/2016 | 138 | City of Coffeyville | AC#46-7466-01 | First Republic Bank #162800 | 0.00 | | 0.00 | 0.00 |
| Check | 01/12/2016 | 139 | City of Coffeyville | AC#46-7975-02 | First Republic Bank #162800 | 5,596.57 | | 5,596.57 | 5,596.57 |
| Check | 02/10/2016 | 146 | City of Coffeyville | AC#46-7466-01 | First Republic Bank #162800 | 0.00 | | 0.00 | 5,596.57 |
| Check | 02/10/2016 | 146 | City of Coffeyville | AC#46-7975-02 | First Republic Bank #162800 | 4,446.43 | | 4,446.43 | 10,043.00 |
| Check | 03/08/2016 | 152 | City of Coffeyville | AC#46-7466-01 | First Republic Bank #162800 | 0.00 | | 0.00 | 10,043.00 |
| Check | 03/08/2016 | 152 | City of Coffeyville | AC#46-7975-02 | First Republic Bank #162800 | 4,817.11 | | 4,817.11 | 14,860.11 |
| **Total Electric** | | | | | | 14,860.11 | 0.00 | 14,860.11 | 14,860.11 |
| **Gas** | | | | | | | | | 0.00 |
| Check | 01/15/2016 | 139 | ATMOS Energy | 11/31/15 - 12/14/15 Gas Service - Account #4674055724 | First Republic Bank #162800 | 1,615.71 | | 1,615.71 | 1,615.71 |
| Check | 01/21/2016 | 141 | ATMOS Energy | 12/15/15 - 1/14/16 | First Republic Bank #162800 | 8,341.66 | | 8,341.66 | 9,957.37 |
| Check | 02/24/2016 | 148 | ATMOS Energy | 1/15/16 - 2/11/16 | First Republic Bank #162800 | 10,339.58 | | 10,339.58 | 20,296.95 |

2:30 PM
04/25/16
Accrual Basis

# 2654 Highway 169, LLC
## General Ledger
### As of April 20, 2016

| Type | Date | Num | Name | Memo | Split | Debit | Credit | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Check | 03/21/2016 | 105 | ATMOS Energy | 2/2'16 - 3/1/16 | First Republic Bank #162800 | 20,206.95 | 0.00 | 20,206.95 | 20,206.95 |
| **Total Gas** | | | | | | | | | **0.00** |
| **Phone** | | | | | | | | | |
| Check | 01/21/2016 | 142 | AT&T | AC#020 251-2135 668 9 | First Republic Bank #162800 | 101.65 | | 101.65 | 101.65 |
| Check | 02/24/2016 | 149 | AT&T | AC#020 251-2135 668 9 | First Republic Bank #162800 | 101.59 | | 101.59 | 203.24 |
| Check | 03/24/2016 | 157 | AT&T | AC#020 251-2135 668 9 | First Republic Bank #162800 | 97.51 | | 97.51 | 300.75 |
| **Total Phone** | | | | | | 300.75 | 0.00 | 300.75 | **0.00** |
| **Water** | | | | | | | | | |
| Check | 01/13/2016 | 138 | City of Coffeyville | AC#46-7975-02 | First Republic Bank #162800 | 299.01 | | 299.01 | 299.01 |
| Check | 02/10/2016 | 146 | City of Coffeyville | AC#46-7975-02 | First Republic Bank #162800 | 263.64 | | 263.64 | 562.65 |
| Check | 03/08/2016 | 152 | City of Coffeyville | AC#46-7975-02 | First Republic Bank #162800 | 170.34 | | 170.34 | 732.99 |
| **Total Water** | | | | | | 732.99 | 0.00 | 732.99 | **732.99** |
| **Total Utilities** | | | | | | 36,190.80 | 0.00 | 36,190.80 | **36,190.80** |
| **TOTAL** | | | | | | 9,349,042.16 | 9,349,042.16 | 0.00 | **0.00** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## WICHITA DIVISION

IN RE:                                              CHAPTER   **11**

**2654 Highway 169, LLC**

DEBTOR(S)                                 CASE NO   **16-10644**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|

See attached

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **4/29/2016**_____    Signature:  **/s/ Andrew Lewis**_____

                                                         *Andrew Lewis*
                                                         **Managing Member**

## 2654 Highway 169, LLC et al
### Investor List

#### 2654 Highway 169, Coffeyville, KS 67337 - Ownership

| No. | Investor | Address | City | State | Zip Code | Investment % |
|---|---|---|---|---|---|---|
| 1031-Exch | Rebecca A. Lewis Minor's Trust dated 12/18/90, Andrew Lewis, Trustee | 475 S. San Antonio Road | Los Altos | CA | 94022 | 6.0000% |
| 1031-Exch | Emily F. Lewis Minor's Trust dated 12/18/90, Andrew Lewis, Trustee | 475 S. San Antonio Road | Los Altos | CA | 94022 | 6.0000% |
| 1031-Exch | Margaret C. Lewis Minor's Trust dated 12/18/90, Andrew Lewis, Trustee | 475 S. San Antonio Road | Los Altos | CA | 94022 | 6.0000% |
| 1031-Exch | Harlow-Fulton Family Trust 9/7/1990, Cynthia E. Harlow, Trustees | 2771 Cowper Street | Palo Alto | CA | 94306 | 5.2058% |
| I-0004 | Andrew A. Lewis Revocable Trust 01/05/84, Andrew A. Lewis, Trustee | 13901 Campo Vista Lane | Los Altos Hills | CA | 94022 | 32.1000% |
| I-1077 | Tanz Family 1996 Trust, Jacob Tanz & Wendy L. Tanz, Trustees | 162 Osage Avenue | Los Altos | CA | 94022 | 5.2058% |
| I-1147 | Burow-Sweeney Family Trust 9/11/95, David P. Burow & Suzanne G. Sweeney, Trustees | 135 Sheridan Way | Woodside | CA | 94062 | 5.2058% |
| I-1120 | Simmons Living Trust 6/30/1998, Charles E. Simmons & Julia W. Simmons, Trustees | 26350 Esperanza Drive | Los Altos Hills | CA | 94022 | 5.2058% |
| I-1100 | 2000 Johnson Family Trust 2/17/2000, Sanford Johnson & Victoria Hinder, Trustees | 5429 Conte Drive | Carson City | NV | 89701 | 4.1646% |
| I-1040 | 1996 Primary Trust U/D/T June 19, 1996, Robert Peter Fruehsamer, TrusteE | 708 Henrietta Avenue | Sunnyvale | CA | 94086 | 2.6029% |
| I-1184 | Amos Barzilay, a single man | 1554 Arbor Ave. | Los Altos | CA | 94024 | 3.1235% |
| I-1031 | Alan & Claudia Arndt Inter Vivos 7/27/00, Alan Arndt & Claudia L. Arndt, Trustees | 6279 Dial Way | San Jose | CA | 95129 | 1.5617% |
| I-1164 | 1998 Roy Kumar Trust UDT 12/29/98, Roy Kumar, Trustee | 60 Stonecastle Ct. | Alamo | CA | 94507 | 2.0823% |
| I-1158 | Joel Nelson 2003 Revocable Trust 8/8/03, Joel Nelson, Trustee | 1157 Saratoga Avenue | San Jose | CA | 95129 | 3.1235% |
| I-1169 | Carl Quinn & Tracy Quinn | 7171 Falcon Knoll Drive | San Jose | CA | 95120 | 1.0412% |
| I-1170 | Ralph Hill & Winnie Chu 2014 Rvcble Trst, Ralph Hill & Winnie Chu, Trustees | 224 Dover Street | Los Gatos | CA | 95032 | 1.3014% |
| I-1159 | Perry Family Revocable Trust 4/26/04, Ogen Perry & Dorit G. Perry, Trustees | 10801 Magdalena Drive | Los Altos Hills | CA | 94024 | 3.1235% |
| I-1178 | Wolf Family 1998 Recovable Trust 6/30/99, Shoshana Wolf, Trustee | 2000 Grove Street, #1 | San Francisco | CA | 94117 | 2.9361% |
| I-1160 | DJR Ventures, LLC, Jacob Dayan, Managing Member | 12606 Via Ventura Way | Los Altos Hills | CA | 94022 | 4.0163% |
| | | | | | | 100.0000% |